IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CAROL ELISE MOATS,

    Petitioner,

vs.                        CASE NO. 5:06cv97/RS

JOSE BARRON,

    Respondent.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 6). Petitioner has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Writ of Habeas Corpus is denied for failure to exhaust administrative remedies.

3. This case is dismissed without prejudice.

3. The clerk is directed to close the file.

ORDERED on February 26, 2007.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**